No. 1. UNITED STATES *v.* LEHIGH VALLEY RAILROAD COMPANY ET AL. Appeal from the District Court of the United States for the Southern District of New York. Motion to amend decree submitted December 16, 1920. Decided December 20, 1920. Motion to modify the decree of this court denied. *The Solicitor General* for the United States. *Mr. Edgar H. Boles* for appellees. See *ante*, 255.

———

No. 301. NEW ORLEANS DRY DOCK & SHIPBUILDING COMPANY *v.* JOHN A. S. GRAY. Error to the Supreme Court of the State of Louisiana. Motion to dismiss submitted December 13, 1920. Decided January 3, 1921. *Per Curiam*. Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Frederic D. McKenney* and *Mr. John S. Flannery* for plaintiff in error. *Mr. Percy S. Benedict* for defendant in error.